UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN GRAY, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>CITIGROUP INC., *et al.*,<br><br>      Defendants. | No. 07 Civ. 9790 (SHS) (DCF)<br><br>ECF Case |
| SHAUN ROSE, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>CITIGROUP INC., *et al.*,<br><br>      Defendants. | No. 07 Civ. 10294 (DC)<br><br>ECF Case |
| MEREDITH TRANBERG, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>CITIGROUP INC., *et al.*,<br><br>      Defendants. | No. 07 Civ. 10341<br><br>ECF Case |
| ANTON K. RAPPOLD, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>CITIGROUP INC., *et al.*,<br><br>      Defendants. | No. 07 Civ. 10396<br><br>ECF Case |
| SAMIER TADROS, on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>CITIGROUP INC., *et al.*,<br><br>      Defendants. | No. 07 Civ. 10442<br><br>ECF Case |

| | |
|---|---|
| STEPHAN FIORINO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CITIGROUP INC., *et al.*,<br><br>    Defendants. | No. 07 Civ. 10458<br><br>ECF Case |
| JAMES BOLLA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CITIGROUP INC., *et al.*,<br><br>    Defendants. | No. 07 Civ. 10461<br><br>ECF Case |
| MARK GEROULO, individually, on behalf of the CITIGROUP 401(k) Plan, the CITIBUILDER 401(k) PLAN FOR PUERTO RICO, and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CITIGROUP, INC., *et al.*,<br><br>    Defendants. | No. 07 Civ. 10472<br><br>ECF Case |
| ALAN STEVENS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CITIGROUP INC., *et al.*,<br><br>    Defendants. | No. 07 Civ. 11156<br><br>ECF Case |
| STEVEN GOLDSTEIN, on behalf of himself and a class of persons similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CITIGROUP INC., *et al.*,<br><br>    Defendants. | No. 07 Civ. 11158<br><br>ECF Case |

| | |
|---|---|
| CHRIS SOUTHARD, on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>CITIGROUP INC., *et al.*,<br><br>       Defendants. | No. 07 Civ. 11164<br><br>ECF Case |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Citigroup Inc., Citibank, N.A., the Plans Administration Committee of Citigroup Inc., the 401(k) Plan Investment Committee, Peter Johnson, Charles O. Prince, Michael E. Schlein, and Sanford I. Weill.

Dated: December 13, 2007
New York, New York

            PAUL, WEISS, RIFKIND, WHARTON &
            GARRISON LLP


            By: \s\ Brad S. Karp
               Brad S. Karp

            1285 Avenue of the Americas
            New York, New York 10019-6064
            Tel: (212) 373-3000
            Fax: (212) 757-3980
            Email: bkarp@paulweiss.com

            *Attorneys for Citigroup Inc., Citibank, N.A., the Plans*
            *Administration Committee of Citigroup Inc., the 401(k)*
            *Plan Investment Committee, Peter Johnson, Charles O.*
            *Prince, Michael E. Schlein, and Sanford I. Weill*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN GRAY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CITIGROUP INC., *et al.*,<br><br>    Defendants. | No. 07 Civ. 9790 (SHS) (DCF)<br><br>ECF Case |
| MEREDITH TRANBERG, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CITIGROUP INC., *et al.*,<br><br>    Defendants. | No. 07 Civ. 10341<br><br>ECF Case |
| ANTON K. RAPPOLD, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CITIGROUP INC., *et al.*,<br><br>    Defendants. | No. 07 Civ. 10396<br><br>ECF Case |
| SAMIER TADROS, on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CITIGROUP INC., *et al.*,<br><br>    Defendants. | No. 07 Civ. 10442<br><br>ECF Case |
| STEPHAN FIORINO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CITIGROUP INC., *et al.*,<br><br>    Defendants. | No. 07 Civ. 10458<br><br>ECF Case |

| | |
|---|---|
| JAMES BOLLA, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>CITIGROUP INC., *et al.*,<br><br>      Defendants. | No. 07 Civ. 10461<br><br>ECF Case |
| MARK GEROULO, individually, on behalf of the CITIGROUP 401(k) Plan, the CITIBUILDER 401(k) PLAN FOR PUERTO RICO, and all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>CITIGROUP, INC., *et al.*,<br><br>      Defendants. | No. 07 Civ. 10472<br><br>ECF Case |

AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK )
           )
COUNTY OF NEW YORK )

Austin K. Wilkinson, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On December 13, 2007, I served true copies of the attached

NOTICES OF APPEARANCE, CORPORATE DISCLOSURE STATEMENT OF

DEFENDANTS CITIGROUP INC. AND CITIBANK, N.A., and DEFENDANTS'

RESPONSE TO CONSOLIDATION MOTIONS BY PLAINTIFFS GRAY, TADROS

AND BOLLA AND BY PLAINTIFF GOLDSTEIN on the following:

>Jeffrey Squire
>Bragar Wexler & Eagel P.C.
>885 Third Ave., Suite 3040
>New York, NY  10022

3. I made such service by personally enclosing true copies of the aforementioned

documents in a properly addressed prepaid wrapper and depositing it into an official

depository under the exclusive custody and care of the United States Postal Service in the

State of New York.

_____
Austin K. Wilkinson

Sworn to before me this
13th day of December, 2007

_____
Notary Public

LUKE DEPALMA
Notary Public, State of New York
No. 01DE6118833
Qualified in New York County
Commission Expires Nov. 22, 2008