UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
STEPHEN GRAY, individually and on    :
behalf of all others similarly situated,
                                     :
        Plaintiff,                   :          Civil Action No: 07 Civ. 9790 (SHS)
v.                                   :
                                     :
CITIGROUP INC., CHARLES PRINCE,      :
THE PLANS ADMINISTRATIVE             :
COMMITTEE OF CITIGROUP INC.,         :
THE 401(k) INVESTMENT                :
COMMITTEE, and JOHN DOES 1 - 20,     :
                                     :
        Defendants.                  :
---------------------------------------------------------x
SHAUN ROSE, Individually and On      :
Behalf of All Others Similarly Situated,
                                     :
        Plaintiff,                   :          Civil Action No: 07 Civ. 10294 (DC)
v.                                   :
                                     :
CITIGROUP INC., CHARLES PRINCE,      :
THE PLANS ADMINISTRATIVE             :
COMMITTEE OF CITIGROUP INC.,         :
THE 401(k) INVESTMENT                :
COMMITTEE, and JOHN DOES 1 - 10,     :
                                     :
        Defendants.                  :
---------------------------------------------------------x
MEREDITH TRANBERG, individually      :
and on behalf of all others similarly situated :
                                     :
        Plaintiff,                   :          Civil Action No: 07 Civ. 10341 (UA)
v.                                   :
                                     :
CITIGROUP INC., CHARLES PRINCE,      :
THE PLANS ADMINISTRATIVE             :
COMMITTEE OF CITIGROUP INC.,         :
THE 401(k) INVESTMENT                :
COMMITTEE, and JOHN DOES 1 - 20,     :
                                     :
        Defendants.                  :
---------------------------------------------------------x

```
---------------------------------------------------------x
ANTON RAPPOLD, individually and on          :
behalf of all others similarly situated,    :
                                            :
              Plaintiff,                    :    Civil Action No: 07 Civ. 10396 (UA)
v.                                          :
                                            :
CITIGROUP INC., CITIBANK, N.A.,             :
CHARLES PRINCE, THE PLANS                   :
ADMINISTRATIVE COMMITTEE OF                 :
CITIGROUP INC., THE 401(k)                  :
INVESTMENT COMMITTEE, and JOHN              :
and JANE DOES 1 - 10,                       :
                                            :
              Defendants.                   :
---------------------------------------------------------x
SAMIER TADROS, on Behalf of All             :
Others Similarly Situated,                  :
                                            :
              Plaintiff,                    :    Civil Action No: 07 Civ. 10442 (UA)
v.                                          :
                                            :
CITIGROUP INC., CHARLES O.                  :
PRINCE, C. MICHAEL ARMSTRONG,               :
ALAIN J.P. BELDA, GEORGE DAVID,             :
KENNETH T. DERR, JOHN M. DEUTCH,            :
ROBERTO HERNANDEZ RAMIREZ,                  :
ANN DIBBLE JORDAN, KLAUS                    :
KLEINFELD, ANDREW N. LIVERIS,               :
ANNE MULCAHY, RICHARD D.                    :
PARSONS, JUDITH RODIN, ROBERT E.            :
RUBIN, ROBERT E. RUBIN, FRANKLIN            :
A. THOMAS, JOHN DOES 1-20 (BEING            :
CURRENT AND FORMER MEMBERS                  :
OF THE PLANS ADMINISTRATIVE                 :
COMMITTEE OF CITIGROUP INC.)                :
and JOHN DOES 21-40 (BEING                  :
CURRENT AND FORMER MEMBERS                  :
OF THE INVESTMENT COMMITTEE                 :
OF THE CITIGROUP INC. 401(K) PLAN),         :
                                            :
              Defendants.                   :
---------------------------------------------------------x
```

```
-------------------------------------------------------x
STEPHAN FIORINO, individually and on       :
behalf of all others similarly situated,    :
                                            :
            Plaintiff,                      :    Civil Action No: 07 Civ. 10458 (UA)
v.                                          :
                                            :
CITIGROUP INC., CITIBANK N.A.,              :
CHARLES PRINCE, THE PLANS                   :
ADMINISTRATIVE COMMITTEE OF                 :
CITIGROUP INC., THE 401(k)                  :
INVESTMENT COMMITTEE, and                   :
JOHN DOES 1 - 20,                           :
                                            :
            Defendants.                     :
-------------------------------------------------------x
JAMES BOLLA, individually and on behalf     :
 of all others similarly situated,          :
                                            :
            Plaintiff,                      :    Civil Action No: 07 Civ. 10461 (UA)
v.                                          :
                                            :
CITIGROUP INC., CITIBANK N.A.,              :
CHARLES PRINCE, THE PLANS                   :
ADMINISTRATIVE COMMITTEE OF                 :
CITIGROUP INC., THE 401(k)                  :
INVESTMENT COMMITTEE, and                   :
JOHN DOES 1 - 20,                           :
                                            :
            Defendants.                     :
-------------------------------------------------------x
```

```
---------------------------------------------------------x
MARK GEROULO, individually, on behalf  :
of the CITIGROUP 401(k) Plan, the       :
CITIBUILDER 401 (K) PLAN FOR            :
PUERTO RICO, and all others similarly,  :
                                        :
              Plaintiff,                :      Civil Action No: 07 Civ. 10472 (UA)
v.                                      :
                                        :
CITIGROUP, INC., CITIBANK, N.A.,        :
THE PLAN ADMINISTRATIVE                 :
COMMITTEE OF CITIGROUP, INC.,           :
MICHAEL E. SCHLEIN, JOHN DOES           :
1-10, THE CITIGROUP 401(k) PLAN         :
INVESTMENT COMMITTEE and JOHN           :
DOES 10-20, C. MICHAEL                  :
ARMSTRONG, ALAN J.P. BELDA,             :
GEORGE DAVID, KENNETH T. DERR,          :
JOHN M. DEUTCH, ROBERTO                 :
HERNANDEZ, ANN DIBBLE JORDAN,           :
ANDREW N. LIVERIS, DUDLEY C.            :
MECUM, ANNE M. MULCAHY,                 :
RICHARD D. PARSONS, ANDRALL E.          :
PEARSON, CHARLES PRINCE, JUDITH         :
RODIN, ROBERT E. RUBIN, FRANKLIN        :
A. THOMAS, SANFORD I. WEILL,            :
                                        :
              Defendants.               :
---------------------------------------------------------x
```

```
-------------------------------------------------------x
ALAN STEVENS, on Behalf of Himself       :
and All Others Similarly Situated,       :
                                         :
         Plaintiff,                      :      Civil Action No: 07 Civ. 11156 (UA)
v.                                       :
                                         :
CITIGROUP INC., CITIBANK, N.A,           :
CHARLES PRINCE, C. MICHAEL               :
ARMSTRONG, ALAIN J.P. BELDA,             :
GEORGE DAVID, KENNETH T. DERR,           :
JOHN M. DEUTCH, PETER JOHNSON,           :
ROBERTO HERNANDEZ RAMIREZ,               :
ANDREW N. LIVERIS, ANNE                  :
MULCAHEY, RICHARD D. PARSONS,            :
JUDITH RODIN, ROBERT E. RUBIN,           :
ROBERT L. RYAN, FRANKLIN A.              :
THOMAS, THE PLANS                        :
ADMINISTRATION COMMITTEE        OF       :
CITIGROUP, INC., THE INVESTMENT          :
COMMITTEE and JOHN DOES 1-30,            :
                                         :
         Defendants.                     :
-------------------------------------------------------x
STEPHEN GOLDSTEIN, on Behalf of          :
Himself and a Class of Persons Similarly :
Situated,                                :
                                         :
         Plaintiff,                      :      Civil Action No: 07 Civ. 11158 (UA)
v.                                       :
                                         :
CITIGROUP INC., THE PLANS                :
ADMINISTRATION COMMITTEE OF              :
CITIGROUP, INC., MICHAEL E.              :
SCHLEIN, CHARLES PRINCE, C.              :
MICHAEL ARMSTRONG, ALAIN J.P.            :
BELDA, GEORGE DAVID, KENNETH T.          :
DERR, JOHN M. DEUTCH, ROBERTO            :
HERNANDEZ RAMIREZ, ANDREW N.             :
LIVERIS, ANNE MULCAHEY,                  :
RICHARD D. PARSONS, JUDITH               :
RODIN, ROBERT E. RUBIN, ROBERT L.        :
RYAN, AND FRANKLIN A. THOMAS,            :
And JOHN DOES 1-30,                      :
                                         :
         Defendants.                     :
-------------------------------------------------------x
```

```
-------------------------------------------------------x
CHRIS SOUTHARD, on Behalf of All           :
Others Similarly Situated,                 :
                                           :
          Plaintiff,                       :     Civil Action No: 07 Civ. 11164 (UA)
v.                                         :
                                           :
CITIGROUP INC., CHARLES O.                 :
PRINCE, C. MICHAEL ARMSTRONG,              :
ALAIN J.P. BELDA, GEORGE DAVID,            :
KENNETH T. DERR, JOHN M. DEUTCH,           :
ROBERTO HERNANDEZ RAMIREZ,                 :
ANN DIBBLE JORDAN, KLAUS                   :
KLEINFELD, ANDREW N. LIVERIS,              :
ANNE MULCAHY, RICHARD D.                   :
PARSONS, JUDITH RODIN, ROBERT E.           :
RUBIN, ROBERT E. RUBIN, FRANKLIN           :
A. THOMAS, JOHN DOES 1-20 (BEING           :
CURRENT AND FORMER MEMBERS                 :
OF THE PLANS ADMINISTRATIVE                :
COMMITTEE OF CITIGROUP INC.)               :
and JOHN DOES 21-40 (BEING                 :
CURRENT AND FORMER MEMBERS                 :
OF THE INVESTMENT COMMITTEE                :
OF THE CITIGROUP INC. 401(K) PLAN),        :
                                           :
          Defendants.                      :
-------------------------------------------------------
```

## CERTIFICATE OF SERVICE

I, Milo Silberstein, hereby certify that on December 13, 2007, I caused a true and correct copy of the following documents to be served by Express Mail, overnight delivery, on the counsel of record identified on the attached service list:

1. *ROSE* PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR (1) CONSOLIDATION (2) APPOINTMENT OF LEAD PLAINTIFFS AND LEADERSHIP STRUCTURE AND (3) ENTRY OF [PROPOSED] PRETRIAL ORDER NO. 1

2. ROSE PLAINTIFFS' [PROPOSED] PRETRIAL ORDER NO. 1 CONSOLIDATING ACTIONS, APPOINTING INTERIM LEAD PLAINTIFFS, AND ESTABLISHING INTERIM LEADERSHIP STRUCTURE

3. ROSE PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR (1) CONSOLIDATION, (2) APPOINTMENT OF LEAD PLAINTIFFS AND LEADERSHIP STRUCTURE, AND (3) ENTRY OF [PROPOSED] PRETRIAL ORDER NO. 1

4. DECLARATION OF JOSEPH H. MELTZER IN SUPPORT OF ROSE PLAINTIFFS' MOTION FOR (1) CONSOLIDATION, (2) APPOINTMENT OF LEAD PLAINTIFFS AND LEADERSHIP STRUCTURE, AND (3) ENTRY OF [PROPOSED] PRETRIAL ORDER NO. 1

5. DECLARATION OF ROBERT A. IZARD IN SUPPORT OF ROSE PLAINTIFFS' MOTION FOR (1) CONSOLIDATION, (2) APPOINTMENT OF LEAD PLAINTIFFS AND LEADERSHIP STRUCTURE, AND (3) ENTRY OF [PROPOSED] PRETRIAL ORDER NO. 1

_____
Milo Silberstein

## Citigroup ERISA Litigation Service List

**Attorney for Defendants**

Lawrence B. Pedowitz, Esq.
John Lynch, Esq.
Bradley R. Wilson, Esq.
WATCHELL, LIPTON, ROSEN & KATZ LLP
51 West 52nd Street
New York, New York 10019

T: 212-403-1000
F: 212-403-2000

**Attorneys for Plaintiff Samier Tadros (07-cv-10442-SHS)**

Robert I. Harwood, Esq.
Jeffrey M. Norton, Esq.
HARWOOD, FEFFER LLP
488 Madison Avenue
New York, New York 10022

T: 212-935-7400
F: 212-753-3630

**Attorneys for Plaintiff Anton Rappold (07-cv-10396-UA)**

Susan Salvetti, Esq.
ZWERLING, SCHACHTER & ZWERLING LLP
41 Madison Avenue
New York, New York 10010
T: 212-223-3900
F: 212-371-5969

**Attorneys for Plaintiff James Bolla (07-cv-10461-UA)**

Ann D. White, Esq.
ANN D. WHITE LAW OFFICES P.C.
165 Township Line Rd. Ste 2400
Jenkintown, PA 19046-3535

T: 215-481-0273
F: 215-481-0271


**Attorneys for Plaintiff Meredith Tranberg (07-cv-10341-UA)**

Jeffrey Squire, Esq.
BRAGAR WEXLER & EAGEL, PC
885 Third Avenue, Suite 3040
New York, New York 10022

T: 212-308-5858
F: 212-486-0462

**Attorneys for Plaintiff Mark Geroulo (07-cv-10472-UA)**

Ronen Sarraf, Esq.
Joseph Gentile
SARRAF GENTILE LLP
485 Seventh Avenue, Suite 1005
New York, New York 10018

T: 212-868-3610
F: 212-918-7967

Robert A. Izard, Esq.
SCHATZ NOBEL IZARD P.C.
20 Church Street, Suite 1700
Hartford, CT 06103

T: 860-493-6292
F: 860-493-6290

**Attorneys for Plaintiff Chris Southard (07-cv-11164)**

Thomas J. McKenna, Esq.
GAINEY & MCKENNA
295 Madison Avenue, 4th Floor
New York, New York, 10017

T: 212-983-1300
F: 212-983-0383

**Attorneys for Plaintiff Alan Stevens (07-cv-11156)**

Lori G. Feldman, Esq.
Arvind B. Khurana, Esq.
MILBERG WEISS LLP
One Pennsylvania Plaza
New York, New York 10019

T: 212-594-5300
F: 212-868-1229

**Attorneys for Plaintiff Stephen Gray (07-cv-9790-SHS)**

Marian P. Rosner, Esq.
Robert C. Finkel, Esq.
Andrew E. Lencyk, Esq.
WOLF POPPER LLP
845 Third Avenue
New York, New York 10022

T: 212-759-4600
F: 212-486-2093

**Attorneys for Plaintiff Steven Goldstein (07-cv-11158-UA)**

Edwin J. Mills, Esq.
STULL, STULL & BRODY
6 East 45th Street
New York, New York 10017

T: 212-687-7230
F: 212-490-2022