UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN GRAY, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITIGROUP INC., *et al.*,<br>　　　　　　　　　　Defendants. | No. 07 Civ. 9790 (SHS) (DCF)<br><br>ECF Case |
| SHAUN ROSE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITIGROUP INC., *et al.*,<br>　　　　　　　　　　Defendants. | No. 07 Civ. 10294 (DC)<br><br>ECF Case |
| MEREDITH TRANBERG, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITIGROUP INC., *et al.*,<br>　　　　　　　　　　Defendants. | No. 07 Civ. 10341<br><br>ECF Case |
| ANTON K. RAPPOLD, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITIGROUP INC., *et al.*,<br>　　　　　　　　　　Defendants. | No. 07 Civ. 10396<br><br>ECF Case |
| SAMIER TADROS, on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITIGROUP INC., *et al.*,<br>　　　　　　　　　　Defendants. | No. 07 Civ. 10442<br><br>ECF Case |

| | |
|---|---|
| STEPHAN FIORINO, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>                v.<br><br>CITIGROUP INC., *et al.*,<br>                Defendants. | No. 07 Civ. 10458<br><br>ECF Case |
| JAMES BOLLA, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>                v.<br><br>CITIGROUP INC., *et al.*,<br>                Defendants. | No. 07 Civ. 10461<br><br>ECF Case |
| MARK GEROULO, individually, on behalf of the CITIGROUP 401(k) Plan, the CITIBUILDER 401(k) PLAN FOR PUERTO RICO, and all others similarly situated,<br><br>                Plaintiff,<br><br>                v.<br><br>CITIGROUP, INC., *et al.*,<br>                Defendants. | No. 07 Civ. 10472<br><br>ECF Case |
| ALAN STEVENS, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>                v.<br><br>CITIGROUP INC., *et al.*,<br>              Defendants. | No. 07 Civ. 11156<br><br>ECF Case |
| STEVEN GOLDSTEIN, on behalf of himself and a class of persons similarly situated,<br><br>                Plaintiff,<br><br>                v.<br><br>CITIGROUP INC., *et al.*,<br>              Defendants. | No. 07 Civ. 11158<br><br>ECF Case |

| | |
|---|---|
| CHRIS SOUTHARD, on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>                    v.<br><br>CITIGROUP INC., *et al.*,<br><br>                    Defendants. | No. 07 Civ. 11164<br><br>ECF Case |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS CITIGROUP INC. AND CITIBANK, N.A.

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for defendants Citigroup Inc. and Citibank, N.A. hereby state as follows:

        1.        Citigroup Inc. is a publicly traded corporation that has no parent corporation and no publicly held corporation owns 10% or more of its stock.

        2.        Citibank, N.A. is a wholly owned subsidiary of Citicorp Holdings Inc., which in turn, is a wholly owned subsidiary of Citigroup Inc.

Dated: December 13, 2007
New York, New York

                    PAUL, WEISS, RIFKIND, WHARTON &
                    GARRISON LLP

By: _____
       Brad S. Karp (bkarp@paulweiss.com)
       Lewis R. Clayton (lclayton@paulweiss.com)

1285 Avenue of the Americas
New York, New York  10019-6064
Tel.   (212) 373-3000
Fax   (212) 757-3980

WACHTELL, LIPTON, ROSEN & KATZ

By: _____
       Lawrence B. Pedowitz (lbpedowitz@wlrk.com)
       George T. Conway (gtconway@wlrk.com)
       Jonathan M. Moses (jmmoses@wlrk.com)
       John F. Lynch (jflynch@wlrk.com)

51 West 52nd Street
New York, New York  10019-6150
Tel.   (212) 403-1000
Fax   (212) 403-2000

*Attorneys for Defendants
Citigroup Inc. and Citibank, N.A.*