UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN GRAY, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>CITIGROUP INC., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN DOES 1-20,<br><br>      Defendants | Civil Action No.: 07 Civ. 9790 (SHS)<br><br>ECF Case |
| SHAUN ROSE, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>CITIGROUP INC., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN DOES 1-10,<br><br>      Defendants | Civil Action No.: 07 Civ. 10294 (SHS)<br><br>ECF Case |
| MEREDITH TRANBERG, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>CITIGROUP INC., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN DOES 1-20,<br><br>      Defendants | Civil Action No.: 07 Civ. 10341 (SHS)<br><br>ECF Case |

| | |
|---|---|
| ANTON RAPPOLD, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>CITIGROUP INC., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN DOES 1-20,<br><br>                              Defendants | Civil Action No.: 07 Civ. 10396 (SHS)<br><br>ECF Case |
| SAMIER TADROS, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>CITIGROUP INC., CHARLES O. PRINCE, C. MICHAEL ARMSTRONG, ALAIN J. P. BELDA, GEORGE DAVID, KENNETH T. DERR, JOHN M. DEUTCH, ROBERTO HERNANDEZ RAMIREZ, ANN DIBBLE JORDAN, KLAUS KLEINFELD, ANDREW N. LIVERIS, ANNE MULCAHY, RICHARD D. PARSONS, JUDITH RODIN, ROBERT E. RUBIN, FRANKLIN A. THOMAS, JOHN DOES 1-20 (BEING CURRENT AND FORMER MEMBERS OF THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC.) and JOHN DOES 21-40 (BEING CURRENT AND FORMER MEMBERS OF THE INVESTMENT COMMITTEE OF THE CITIGROUP INC. 401(K) PLAN,<br><br>                              Defendants | Civil Action No.: 07 Civ. 10442(SHS)<br><br>ECF Case |

| | |
|---|---|
| STEPHAN FIORINO, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>                      v.<br>CITIGROUP INC., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN DOES 1-20,<br><br>                      Defendants | Civil Action No.: 07 Civ. 10458 (SHS)<br><br>ECF Case |
| JAMES BOLLA, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>                      v.<br>CITIGROUP INC., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN DOES 1-20,<br><br>                      Defendants | Civil Action No.: 07 Civ. 10461 (SHS)<br><br>ECF Case |

| | |
|---|---|
| MARK GEROULO, individually, on behalf of the CITIGROUP 401(k) Plan, the CITIBUILDER 401 (K) PLAN FOR PUERTO RICO, and all others similarly,<br><br>      Plaintiff,<br><br>CITIGROUP, INC., CITIBANK, N.A., THE PLAN ADMINISTRATIVE COMMITTEE OF CITIGROUP, INC., MICHAEL E. SCHLEIN, JOHN DOES 1-10, THE CITIGROUP 401(k) PLAN INVESTMENT COMMITTEE and JOHN DOES 10-20, C. MICHAEL ARMSTRONG, ALAN J.P. BELDA, GEORGE DAVID, KENNETH T. DERR, JOHN M. DEUTCH, ROBERTO HERNANDEZ, ANN DIBBLE JORDAN, ANDREW N. LIVERIS, DUDLEY C. MECUM, ANNE M. MULCAHY, RICHARD D. PARSONS, ANDRALL E. PEARSON, CHARLES PRINCE, JUDITH RODIN, ROBERT E. RUBIN, FRANKLIN A. THOMAS and SANFORD I. WEILL,<br><br>      Defendants. | Civil Action No.: 07 Civ. 10461 (SHS)<br><br>ECF Case |

| | |
|---|---|
| ALAN STEVENS, On Behalf of Himself and All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>         v.<br><br>CITIGROUP INC., CITIBANK, N.A., CHARLES PRINCE, C. MICHAEL ARMSTRONG, ALAIN J.P. BELDA, GEORGE DAVID, KENNETH T. DERR, JOHN M. DEUTCH, PETER JOHNSON, ROBERTO HERNANDEZ RAMIREZ, ANDREW N. LIVERIS, ANNE MULCAHEY, RICHARD D. PARSONS, JUDITH RODIN, OBERT E. RUBIN, ROBERT L. RYAN, FRANKLIN A. THOMAS, THE PLANS ADMINISTRATION COMMITTEE OF CITIGROUP, INC., THE INVESTMENT COMMITTEE and JOHN DOES 1-30,<br><br>                              Defendants. | Civil Action No.: 07 Civ. 11156 (SHS)<br><br>ECF Case |

| | |
|---|---|
| STEPHEN GOLDSTEIN, On Behalf of Himself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>                      v.<br><br>CITIGROUP INC., THE PLANS ADMINISTRATION COMMITTEE OF CITIGROUP, INC., MICHAEL E. SCHLEIN, CHARLES PRINCE, C. MICHAEL ARMSTRONG, ALAIN J.P. BELDA, GEORGE DAVID, KENNETH T. DERR, JOHN M. DEUTCH, ROBERTO HERNANDEZ RAMIREZ, ANDREW N. LIVERIS, ANNE MULCAHEY, RICHARD D. PARSONS, JUDITH RODIN, ROBERT E. RUBIN, ROBERT L. RYAN, AND FRANKLIN A. THOMAS, and JOHN DOES 1-30,<br><br>                    Defendants. | Civil Action No.: 07 Civ. 11158 (SHS)<br><br>ECF Case |

| | |
|---|---|
| CHRIS SOUTHARD, On Behalf of Himself and All Others Similarly Situated,<br><br>       Plaintiff,<br><br>      v.<br><br>CITIGROUP INC., CHARLES O. PRINCE, C. MICHAEL ARMSTRONG, ALAIN J.P. BELDA, GEORGE DAVID, KENNETH T. DERR, JOHN M. DEUTCH, ROBERTO HERNANDEZ RAMIREZ, ANN DIBBLE JORDAN, KLAUS KLEINFELD, ANDREW N. LIVERIS, ANNE MULCAHY, RICHARD D. PARSONS, JUDITH RODIN, ROBERT E. RUBIN, FRANKLIN A. THOMAS, JOHN DOES 1-20 (BEING CURRENT AND FORMER MEMBERS OF THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC.) and JOHN DOES 21-40 (BEING CURRENT AND FORMER MEMBERS OF THE INVESTMENT COMMITTEE OF THE CITIGROUP INC. 401(K) PLAN),<br><br>       Defendants. | Civil Action No.: 07 Civ. 11164 (SHS)<br><br>ECF Case |
| FRANCIA BRICK, On Behalf of Himself and All Others Similarly Situated,<br><br>       Plaintiff,<br><br>      v.<br><br>CITIGROUP INC., CHARLES PRINCE, THE PLAN'S ADMINISTRATIVE COMMITTEE OF CITIGROUP, INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN DOES 1-10,<br><br>       Defendants. | Civil Action No.: 07 Civ. 11369<br><br>ECF Case |

## NOTICE OF APPEARANCE

The undersigned counsel enters her appearance in the above-captioned matters on behalf of Plaintiff William and Patricia Woodward, and certifies that she is admitted to practice in this Court.

Dated:  January 10, 2008

                                        COHEN, MILSTEIN, HAUSFELD
                                          & TOLL, P.L.L.C.


                                        By:_____/s/_____
                                            Lynda J. Grant (LG-4784)
                                        150 East 52nd Street, 30th Floor
                                        New York, New York  10022
                                        Telephone:  (212) 838-7797
                                        Facsimile:  (212) 838-7745
                                        E-mail:  lgrant@cmht.com

                                        *Attorneys for William and Patricia*
                                        *Woodward*