UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAUN ROSE, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>CITIGROUP INC., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP, INC., THE 401(k) INVESTMENT COMMITTEE and JOHN DOES 1-10.<br><br>    Defendants. | **CIVIL ACTION NO.** 07 Civ. 10294<br><br>CLASS ACTION COMPLAINT<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF WITHDRWAWAL OF ATTORNEY OF RECORD

**PLEASE TAKE NOTICE** that Dealy & Silberstein, LLP, withdraws as counsel of record in the above-referenced action. Plaintiff notes that this action is one of a number of related actions which are the subject of competing consolidation and interim lead class counsel motions brought pursuant to FED. R. CIV. P. 23(g), 42(a). Plaintiff supports the consolidation of all directly related actions brought pursuant to the Employee Retirement Security Act of 1974 and will be represented by Schatz Nobel Izzard, P.C. going forward.

DATED: January 10, 2008
   New York, New York

Respectfully submitted,

**DEALY & SILBERSTEIN, LLP**

By: _____
      Milo Silberstein (MS 4637)
*Attorneys for the Plaintiff*
*SHAUN ROSE, Individually and On Behalf*
*of All Others Similarly Situated*
225 Broadway, Suite 1405
New York, New York 10007
(212) 385-0066